# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
IN RE: OI S.A.
IN RE: OI BRASIL HOLDINGS COOPERATIEF U.A.,
-----------------------------------------------------------------X
INTERNATIONAL BONDHOLDER COMMITTEE

               Appellant,

-against-

OI S.A. and ANTONIO REINALDO RABELO FILHO as Foreign Representative of the RJ Proceeding,

               Appellees,
-----------------------------------------------------------------X
AUERLIUS CAPITAL MANAGEMENT, LP,

               Appellant,

-against-

OI S.A. and ANTONIO REINALDO RABELO FILHO as Foreign Representative of the RJ Proceeding,

               Appellees.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/2020

18 **CIVIL** 3147 (VSB)
18 **CIVIL** 3166 (VSB)
18 **CIVIL** 3178 (VSB)

# JUDGMENT

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 7, 2020, Appellees' motions to dismiss theses appeals are GRANTED; Appellant's cross-request for vacatur is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
       February 7, 2020

                                   **RUBY J. KRAJICK**

                                   **Clerk of Court**

              BY: _____
                                   **Deputy Clerk**